PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.     ) | **Docket Number:  1:04CR0232** |
| ) | |
| **Michael Eugene Robertson** ) | |
| ) | |

On January 25, 2005, the above-named was placed on Probation for a period of 1 year.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**


Dated:      September 16, 2005
            Fresno, California
            MKD

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez
                     Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    Michael Eugene Robertson**
       **Docket Number:   1:04CR0232**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

MKD
Attachment:   Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's OfficeIT IS SO ORDERED.

**Dated:    October 20, 2005**            **/s/  William M. Wunderlich**
mmkd34                         UNITED STATES MAGISTRATE JUDGE

Rev. 03/2005
PROB35.MRG